# COMPLAINT

**(for non-prisoner filers without lawyers)**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 APR 29 P 1: 14

CLERK OF COURT

(Full name of plaintiff(s))

DIANNE Khan
1414 S. 65th ST., # 2104
WesT AllIS, WI 53214

v.

(Full name of defendant(s))

Russ Darrow Kia of Wauwatosa
1901 N. Mayfair Rd
Wauwatosa, WI 53226

Case Number:

**26-C-0762**

(to be supplied by Clerk of Court)

## A. PARTIES

1. Plaintiff is a citizen of **Wisconsin** and resides at
(State)

1414 S. 65th ST., #4104
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant **STEVEN Wesolek**
(Name)

Complaint – 1

is (if a person or private corporation) a citizen of __WISCONSIN__

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

1) Mr. Steven Wessle., Service Dept # 96080.

a) Violate my Privacy, Invasion

b) Humiliated me before other Customers, and co-worker

c) False Light

d) Threaten not to return my vehicle key

e) Slander

f) Emotional Distress

g) Causing medical Attacks, Panic attack, Anxiety

Complaint – 2

Case 2:26-cv-00762-NJ    Filed 04/29/26    Page 2 of 5    Document 1

2) MR. Jermaine Lohdell, Service Manager

   a) Refused to acknwoled my medical

   b) Refused to correcited the sitvahinu by withholding
True fact

   c) Refvsd to resolved sitvahon at Dealrship level.

   d) All my complaint was ignores how I was threaten.
HIGHLIGHT (OUTLine)

I came for schedule appointment Jan. 26, 2023 $109.00
Mr. Steven was unable to honor appointment Sewsice.
was advise to retorn back on 27th Jan. 2023 or leave
Vehicle, No loaner available but recommend to Enterprise
Rental across street, Russ Darrow Customer of $50.00 Day.
Mr. Steven never asked if I had "Extended Warranty Cover"


Becavse I never had any knowledge of "EWC" by MR.
Steven, Enterprise told me as long my vehicle is in repair
Sewsice my rental will be free. But Mr. Steven said "I Don't
Care what you told" Do You Think we going to pay for you to Ride
arwnd Weekend Free?" All this happen in Sewice Dept at Russ Darrw
Dealership Dept. Threaten was made, causing me to get sick, nerves.

## C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $~~50,000.00~~ DK

## D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Because the Truc was hidden from me, Mr. Steven, neither Mr. Jermaine never ~~~~ revealed if I had "Extended Warranty Cover" my rental would be free, Only in court Mr. Steven admitted about that Cover would make rental free.

I would like to ask for award money $50,000.00 or $10,000. and a Vehicle of my choice 2024

I tried to get release before I was threaten not to get my key returned and pay for 1 day rental $50.00, diagnosis 1st $109.00 plus Taxes, but Mr Steven refused and Mr. Jermain Lobdell Service manager. Knowing they refused to admitted Mr. Steven fault for not asking about "Extended warranty Cover" and to say All rental be free after 1 day.

Complaint – 4

Case 2:26-cv-00762-NJ    Filed 04/29/26    Page 4 of 5    Document 1

E.   JURY DEMAND

I want a jury to hear my case.

☒ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __29ᵗʰ__ day of __April__ · 20__26__.

Respectfully Submitted,

_D———_
Signature of Plaintiff

_(414) 690-7461_
Plaintiff's Telephone Number

_belldianne.Khan58@yaho.com_
Plaintiff's Email Address

_1414 S. 65ᵗʰ Street, Apt 404_

_West Allis, WI 53214_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒   I **DO** request that I be allowed to file this complaint without paying the filing fee.
I have completed a Request to Proceed in District Court without Prepaying the
Filing Fee form and have attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the
filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this
complaint.